# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159189(111)(114)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WILLIAM FREDERICK WHATELEY,
       Defendant-Appellant.

SC: 159189
COA: 339255
Wayne CC: 17-002406-FH

_____/

On order of the Court, the motion for reconsideration of this Court's September 30, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk

b127